751 So.2d 879 (1999)
Danny D. BEZET
v.
The ORIGINAL LIBRARY JOE'S INC., Leeway Corp., d/b/a "Slinky's," Spanish Moon, Inc. d/b/a "They Bayou," Highland Coffees, Barco Enterprises, Inc., d/b/a/ "The Chimes," River City Entertainment, Inc. d/b/a Varsity Theatre, Louie's Cafe', Inc., Tigertown Associates, L.L.C., A,B,C,D,E,F,G,H and Jason Christopher LaVigne.
Todd Moonshower
v.
The Original Library Joe's Inc., Leeway Corp., d/b/a/ "Slinky's," Highland Coffees, Barco Enterprises, Inc., d/b/a/ "The Chimes," River City Entertainment, Inc. d/b/a/ "Varsity Theatre," Louie's Cafe', Inc., Tigertown Associates, L.L.C., Four By Two Development, Inc., St. Paul Reinsurance, State Farm insurance, Scotsdale Insurance, A,B,C,D,E, as unknown liability insurers of defendants and Jason Christopher LaVigne.
No. 99-C-2836.
Supreme Court of Louisiana.
December 17, 1999.
Denied.
CALOGERO, C.J., not on panel.
VICTORY, TRAYLOR and KNOLL, JJ., would grant the writ.